PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARSHALL CANCINO, | No. 2:22-cv-1055 DB |
|     Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR VOLUNTARY REMAND** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: *February 1, 2023*                    LAW OFFICES OF FRANCESCO BENAVIDES

By:    */s/ Caspar Chan for Francesco Benavides*\*
FRANCESCO BENAVIDES
\**Authorized by email on February 1, 2023*
Attorneys for Plaintiff

Date: *February 1, 2023*                    PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:    */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: February 1, 2023         /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE